UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:12-cr-00463-JCM-VCF |
| vs. | **ORDER** |
| FREDERICK VERNON WILLIAMS, et al., | |
| Defendants. | |

Before the Court is Defendant's Motion to Re-Open Bail. (#127).

**A. Background**

Defendant made his initial appearance and arraignment and plea on December 13, 2012 and Federal Public Defender was appointed as counsel of record. (#18). Defendant was released on personal recognizance bond with conditions. Defendant pleaded not guilty to Counts 1, 2 and 3. *Id.* Jury trial was scheduled for February 11, 2013. *Id.* Jury trial was continued to April 22, 2013. (#31). On January 24, 2013, Defendant was arrested and appeared for initial appearance regarding revocation of pretrial release on January 25, 2013. (#37). Defendant was detained and remanded to custody. *Id.* Revocation of Pretrial Release was held on February 20, 2013. (#41). Defendant's Pretrial Release was revoked and Defendant was remanded to custody. *Id.* On April 18, 2013, Defendant was arraigned on Indictment and pleaded not guilty to Counts 1-3, 8-23. (#59). Jury trial was set for June 3, 2013. *Id.* Jury trial was continued to August 19, 2013. (#78). Trial was continued to October 21, 2013. (#104). On October 9, 2013, Defendant filed a Motion to Dismiss Counsel and Motion to Re-Open Bail. (#'s 126 & 127). On October 25, 2013, the Government filed a Response to Defendant's Motion to Re-Open

Bail. (#134). Defendant's reply in support of the Motion to Reopen Bail was filed on November 1, 2013. (#136). Trial was continued December 2, 2013. (#137). On November 5, 2013, the Court held a hearing on the Motion to Dismiss Counsel. (#135). On November 6, 2013, the Court denied Defendant's Motion to Dismiss Counsel (#141), however, Defendant may renew his motion to dismiss counsel or invoke his Sixth Amendment right to self-representation by November 12, 2013. (#141).

### B. Motion

Defendant filed the instant motion on his own behalf.

### C. Discussion

Pursuant to Local Rule IA 10-6(a), "[a] party who has appeared by attorney cannot while so represented appear or act in the case. An attorney who has appeared for a party shall be recognized by the Court and all the parties as having control of the client's case."

Defendant's Motion to Dismiss Counsel (#141) was denied on November 6, 2013. To date, Defendant has not filed a new Motion to Dismiss Counsel or invoke his Sixth Amendment right to self-representation. The Federal Public Defender is still Defendant's counsel of record (#18). Defendant may not file motions on his own behalf. *See* Local Rule IA 10-6(a). The motion filed by Defendant as stated above is deemed improper and stricken.

Accordingly,

IT IS ORDERED that Defendant's Motion to Reopen Bail (#127) is hereby STRICKEN.

DATED this 15th day of November, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE