# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        Plaintiff, )<br>vs. )<br>FREDERICK VERNON WILLIAMS, *et al.*, )<br>        Defendants. ) | Case No. 2:12-cr-00463-JCM-GWF<br>**ORDER** |

This matter comes before the Court on Defendant Frederick Williams' Motion to Reopen Bail (#171), filed on November 27, 2013. Defendant filed the instant Motion in proper person. Local Rule IA 10-6(a) provides that "[a] party who has appeared by attorney cannot while so represented appear or act in the case." Although Defendant has filed a motion to dismiss his attorney, it is currently pending and Defendant is still represented by counsel. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Reopen Bail (#171) is **denied** without prejudice. Defendant's counsel may re-file the Motion, or Defendant may re-file it in the event his counsel is dismissed.

DATED this 4th day of December, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge