**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\***

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|              Plaintiff, | 2:12-cr-00463-JCM-VCF |
| vs. | **ORDER** |
| FREDERICK VERNON WILLIAMS, et al., | |
|              Defendants. | |

Before the Court is Defendant's Motion to Proced(sic) *in Forma Pauperis* (#168) filed on November 27, 2013. Defendant requests to proceed in forma pauperis as he has no resources or income. *Id.* A hearing on Defendant's Motion was held on December 23, 2013. At the hearing, the Court clarified that as stated in Order (#182), Federal Public Defender Brenda Wexler, Esq. is appointed as advisory counsel. Defendant Williams acknowledged that he understands Ms. Wexler's position as advisory counsel only. Defendant's Motion to Proced(sic) *in Forma Pauperis* (#168) is denied as moot.

At the hearing, the Government seeks extensions to January 10, 2014 to file oppositions to the three pending motions: (1) Motion to Suppress Evidence and for Return of Seized Property (#175), (2) Motion to Dismiss Indictment (#176) and, (3) Defense Motion to Compel Discovery (#180). Mr. Williams does not object to the extensions and states that he will need until January 17, 2014 to file the replies. The parties state that they will file a Stipulation and Order to Continue Trial Date.

Accordingly,

IT IS HEREBY ORDERED that Defendant's Motion to Proced(sic) *in Forma Pauperis* (#168) is DENIED as MOOT.

IT IS FURTHER ORDERED that the Oppositions to (1) Motion to Suppress Evidence and for Return of Seized Property (#175), (2) Motion to Dismiss Indictment (#176) and, (3) Defense Motion to Compel Discovery (#180) are due on January 10, 2014.  The replies in support of these motions are due on January 17, 2014.

DATED this 23rd day of December, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE