# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>FREDERICK V. WILLIAMS, et al.,<br><br>Defendant(s). | 2:12-CR-463 JCM (VCF) |

# ORDER

Presently before the court is defendant Frederick Vernon Williams' "motion in opposition to continuance of trial." (Doc. # 298). This document is actually a response to co-defendant Jacqueline Louisa Gentle's motion to continue the trial date (doc. # 287) which was joined in by co-defendants Carolyn Shelmadine Willis-Casey (doc. # 289) and Denise Allison Williams (doc. # 291).

Trial in this matter was previously scheduled to begin on July 28, 2014. Upon motion of the aforementioned co-defendants, this court granted a final continuance (doc. # 292). Although the court did not receive defendant Frederick Williams' instant "motion" until the day of the previously scheduled trial date, it did anticipate he would object and took his position into consideration in granting the continuance. Therefore, to the extent the instant "motion" seeks relief in the form of a shorter continuance, it is denied.

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Frederick Vernon Williams' motion in opposition (doc. # 298) be, and the same hereby is, DENIED.

DATED August 4, 2014.

*/s/ James C. Mahan*
**UNITED STATES DISTRICT JUDGE**