# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>FREDERICK V. WILLIAMS,<br><br>　　　　　　Defendant. | 2:12-cr-00463-JCM-VCF<br>**<u>ORDER</u>** |

Before the court is the Government's Request to Re-Canvas the Defendant Regarding His Waiver of Counsel and Request to Represent Himself.  (#453).

IT IS HEREBY ORDERED that a hearing on the Government's Request to Re-Canvas the Defendant Regarding His Waiver of Counsel and Request to Represent Himself.  (#453) is scheduled for 11:00 a.m., March 17, 2015, in courtroom 3D, Lloyd D. George U.S. Courthouse, 333 Las Vegas Boulevard South, Suite 3005, Las Vegas, Nevada 89101.

The court clerk is directed to mail a copy of this order to Mr. Frederick V. Williams, at 3790 Shirebrook Ave., Apt. 166, Las Vegas, Nevada 89115.

DATED this 12th day of March, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE