UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>FREDERICK VERNON WILLIAMS,<br><br>Defendant(s). | Case No. 2:12-CR-463 JCM (VCF)<br><br>ORDER |

Presently before the court is the case of *United States of America v. Frederick Vernon Williams, et al.*, case number 2:12-cr-00463-JCM-VCF. This case is currently set for calendar call on Wednesday, June 24, 2015. Trial is set to begin Monday, June 29, 2015.

On June 11, 2015, defendant Denise Allison Williams filed a motion *in limine* to admit testimony at trial. (Doc. # 500). The United States responded on June 16, 2015. (Doc. # 502). Denise Williams' reply is due June 22, 2015.

On June 19, 2015, defendant Carolyn Shelmadine Willis-Casey filed a motion *in limine* to exclude testimony at trial. (Doc. # 510). The clerk's office set the United States' response deadline for due July 6, 2015.

On June 22, 2015, defendant Frederick Vernon Williams filed two motions *in limine*. (Docs. ## 512, 513). The clerk's office set the United States' response deadline for July 9, 2015.

Because the response deadlines automatically set by the clerk's office for defendant Carolyn Shelmadine Willis-Casey's and Frederick Vernon Williams' motions *in limine* do not comport with the case's trial schedule, the court finds it necessary to order an expedited briefing schedule.

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States shall file any responses to Carolyn Shelmadine Willis-Casey's motion *in limine* (doc. # 510) and Frederick Vernon Williams' motions *in limine* (docs. ## 512, 513) by the calendar call set for Wednesday, June 24, 2015, at 1:30 PM.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that defendants Carolyn Shelmadine Willis-Casey and Frederick Vernon Williams shall file any replies by Thursday, June 25, 2015, at 5:00 PM.

DATED June 22, 2015.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -