**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>FREDERICK V. WILLIAMS,<br><br>　　　　　　Defendant. | 2:12-cr-00463-JCM-VCF<br><br>**ORDER** |

　　　Before the court is Defendant Frederick K. Williams' Motion for Return of Property (#548).

　　　IT IS HEREBY ORDERED that a hearing on Defendant Frederick K. Williams' Motion for Return of Property (#548) is scheduled for 10:00 a.m., August 17, 2015, in courtroom 3D.

　　　DATED this 5th day of August, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE