UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FREDERICK VERNON WILLIAMS

    Defendant.

District No.  2:12-CR-0463-JCM VCF

## ORDER TEMPORARILY UNSEALING RECORDING

On September 30, 2015, this court received a CD/Tape Order form dated September 30, 2015 requesting a CD of the hearing held on September 21, 2015 from Ms. Brenda Weksler, Counsel for Defendant Frederick Vernon Willaims, in which **a portion of the hearing is sealed.**

**IT IS THE ORDER OF THE COURT** that the sealed portion of the recording shall be unsealed by the Clerk for the limited purpose of providing a copy of the recording as requested by Defense Counsel.

**IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Defense Counsel shall not disclose the sealed contents of the recording to anyone other than the representatives of the parties directly concerned with this case.

DATED this 1st day of October, 2015.

CAM FERENBACH

United States Magistrate Judge