UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff(s),<br><br>     v.<br><br>FREDERICK VERNON WILLIAMS,<br><br>                            Defendant(s). | Case No. 2:12-CR-463 JCM (VCF)<br><br>ORDER |

Presently before the court is defendant Frederick William's motion to continue calendar call and trial. (Doc. # 583). Also before the court is defendant Carolyn Willis-Casey's motion to continue calendar call and trial. (Doc. # 585). The government has not filed oppositions to these motions.

Defendants filed their responsive motions on September 18, 2015, in anticipation of a September 28, 2015, trial. On September 22, 2015, defendants and their co-defendants filed a stipulation with the government to continue the trial. On September 23, 2015, this court granted that stipulation and set trial for January 4, 2016.

Defendants' motions to continue are therefore moot.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Frederick William's motion to continue calendar call and trial (doc. # 583) be, and the same hereby is, DENIED as moot.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1       IT IS FURTHER ORDERED that defendant Carolyn Willis-Casey's motion to continue calendar call and trial (doc. # 585) be, and the same hereby is, DENIED as moot.

      DATED December 29, 2015.

                                                                                                        _____
                                                                                     UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**