DANIEL G. BOGDEN
United States Attorney
DISTRICT OF NEVADA
J. GREGORY DAMM
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
702-388-6336
Fax: 702-388-5087

FILED ✓   RECEIVED ___
ENTERED ___   SERVED ON
COUNSEL/PARTIES OF RECORD

JAN - 6 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:12-cr-463-JCM-VCF |
| Plaintiff, | **PROTECTIVE ORDER** |
| vs. | |
| FREDERICK V. WILLIAMS et al., | |
| Defendants. | |

THE COURT hereby issues a Protective Order to limit disclosure to the public, or any third party not directly related to this case, information relating to a Memorandum dated September 26, 2011, from the Administrator of the Nevada Employment Security Division (the protected information).

Without leave of Court, the parties to this matter, defined herein for the matters of this protective order as the Government, Frederick V. Williams, counsel for the defendants Frederick V. Williams, Jacqueline Gentle, Denise Williams and Carolyn Willis-Casey, as well as employees of counsel for defendants Frederick V. Williams, Jacqueline Gentle, Denise Williams and Carolyn Willis-Casey shall not:

1         a.    make copies for, or allow copies of any kind to be made by any other person of the protected information;

        b.    allow any other person to read the protected information; and

        c.    make use of the protective information for any other purpose other than preparing to defend against the charges in the third superseding indictment arising out of this case; and

The parties' use or introduction of the protected information as evidence at any hearing in this case is not restricted by this order. Further, the Court orders that the parties inform any person to whom disclosure may be made pursuant to this order of the existence of and terms of this Court's order. Finally, upon conclusion of this action, the defendants' attorneys return to the United States, or destroy and certify to government counsel the destruction of the protected information, within a reasonable time, not to exceed thirty days after the conclusion of this case.

Dated: January 6, 2016.

                                      JAMES C. MAHAN
                                      UNITED STATES DISTRICT JUDGE