UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>VS.<br><br>FREDERICK VERNON WILLIAMS,<br>ET AL.,<br><br>  Defendants. | 2:12-CR-0463-JCM-VCF |

**ORDER**

This Court having ordered the jury impaneled in the above entitled action to be kept together during periods of deliberation, now, therefore

**IT IS HEREBY ORDERED** that all meals and lodging, if required, for said jury and attendants shall be paid by the Clerk of Court.

Dated January 22, 2016.

_____
JAMES C. MAHAN, U.S. DISTRICT JUDGE