UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>FREDERICK VERNON WILLIAMS, et al.,<br><br>Defendant(s). | Case No. 2:12-CR-463 JCM (VCF)<br><br>ORDER |

On January 15, 2016, after a ten day jury trial, the jury returned a verdict and found defendant Frederick Williams guilty as charged in counts one, two, three, four, eight, nine, ten, eleven, twelve, thirteen, fourteen, fifteen, sixteen, nineteen, twenty, twenty-two, twenty-eight, twenty-nine, thirty, thirty-two, and thirty-three.

Following the court's acceptance of the verdict, the government made an oral motion to detain Mr. Williams, who had been previously released pending trial on a personal recognizance bond with conditions. (*See, e.g.*, doc. # 692). Finding by clear and convincing evidence that the defendant is a flight risk based on his status as a Belizean national and the likely substantial sentence he faces after the jury's return, the court ordered the defendant remanded to custody. Pursuant to the court's oral order and 18 U.S.C. § 3143(a)(1), the defendant is ordered detained.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the release order entered on January 23, 2015, for defendant Frederick Williams be, and the same hereby is, VACATED and the defendant is hereby REMANDED to custody.

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that defendant Frederick Williams shall be DETAINED pending the imposition and execution of sentencing.

DATED January 22, 2016.

                                                _____
                                                UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**