# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                  Plaintiff(s),<br>      v.<br>FREDERICK VERNON WILLIAMS, et al.,<br><br>                                  Defendant(s). | Case No. 2:12-CR-463 JCM (VCF)<br><br>ORDER |

Presently before the court are the following motions *in limine* filed by defendant Frederick Williams: motion *in limine* to exclude evidence (doc. # 512);[1] motion *in limine* to prohibit, preclude, exclude, order, and grant (doc. # 513);[2] motions *in limine* to permit telephonic testimony or in the alternative, live testimony via video transmission (doc. ## 631, 623);[3] motion *in limine* (doc. # 655); and motion *in limine* to exclude evidence and testimony. (Doc. # 681).

Also before the court are defendant Carolyn Willis-Casey's motion *in limine* to exclude testimony (doc. # 510)[4] and motion *in limine*. (Doc. # 658).

The defendants in this matter were charged by way of a thirty-two count superseding indictment filed May 20, 2014. (Doc. # 240). The parties proceeded to a jury trial on January 4, 2016. On January 15, 2016, the jury returned guilty verdicts as to all defendants on varying counts. (Doc. ## 720–23). The motions *in limine* are therefore moot.

---

[1] The government filed a response (doc. # 526), and defendant filed a reply. (Doc. # 530).

[2] The government filed a response (doc. # 526), and defendant filed a reply. (Doc. # 530).

[3] The government filed a response (doc. # 638), and defendant filed a reply. (Doc. # 652).

[4] The government filed a response. (Doc. # 526).

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Frederick William's motion *in limine* to exclude evidence (doc. # 512) be, and the same hereby is, DENIED as moot.

IT IS FURTHER ORDERED that defendant Frederick William's motion *in limine* to prohibit, preclude, exclude, order, and grant (doc. # 513) be, and the same hereby is, DENIED as moot.

IT IS FURTHER ORDERED that defendant Frederick William's motions *in limine* to permit telephonic testimony or in the alternative, live testimony via video transmission (doc. ## 621 , 623) be, and the same hereby are, DENIED as moot.

IT IS FURTHER ORDERED that defendant Frederick William's motion *in limine* (doc. # 655) be, and the same hereby is, DENIED as moot.

IT IS FURTHER ORDERED that defendant Frederick William's motion *in limine* to exclude evidence and testimony (doc. # 681) be, and the same hereby is, DENIED as moot.

IT IS FURTHER ORDERED that defendant Carolyn Willis-Casey's motion *in limine* to exclude testimony (doc. # 510) be, and the same hereby is, DENIED as moot.

IT IS FURTHER ORDERED that defendant Carolyn Willis-Casey's motion *in limine* (doc. # 658) be, and the same hereby is, DENIED as moot.

DATED April 12, 2016.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -