UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:12-CR-463 JCM (VCF) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| FREDERICK VERNON WILLIAMS, et al., | |
| Defendant(s). | |

Presently before the court is defendant Frederick Williams's motion to advance or continue his sentencing hearing. (ECF No. 801).

The court recently granted in part and denied in part Mr. Williams's motion to continue his sentencing hearing by forty-five days, opting to continue the hearing for a shorter period of time based on the fact that the hearing had already been continued multiple times. (*See* ECF No. 791).

Defendant's counsel now represents that she will be out of the district on the date set by the court. She suggests either advancing the hearing to one week before the date set by the court or continuing it to one week after the date set by the court. Counsel represents that she has discussed her motion with the government and that it does not oppose the motion. The court finds that good cause appears to advance the hearing by one week.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Frederick Williams's motion to advance or continue his sentencing hearing (ECF No. 801) be, and the same hereby is, GRANTED.

**James C. Mahan**
**U.S. District Judge**

1   IT IS FURTHER ORDERED that defendant Frederick Williams's sentencing hearing
2   currently scheduled for Friday, July 29, 2016, at 10:00 A.M. be VACATED and ADVANCED to
3   Monday, July 18, 2016, at 10:00 A.M.
4   DATED June 27, 2016.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**