IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 2:12-cr-463-JCM-VCF |
| Plaintiffs, ) | |
| ) | **ORDER TEMPORARILY UNSEALING** |
| vs. ) | **TRANSCRIPT** |
| FREDERICK VERNON WILLIAMS ) | |
| Defendant. ) | |
| ) | |

On July 27, 2016, Katherine Eismann, Official Court Reporter, received a Transcript Order from Wendi Overmyer, counsel for defendant, requesting a transcript of the sealed hearing November 5, 2013, in the above-entitled matter.

**IT IS THE ORDER OF THE COURT** that the sealed hearing shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Wendi Overmyer.

**IT IS FURTHER ORDERED** that the sealed hearing shall thereafter be resealed and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 73(b) and remain sealed until further order of the Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

**DATED** this 8th day of Aug.    2016.

JAMES C. MAHAN
U.S. District Court Judge