# UNITED STATES DISTRICT COURT

_____ District of __Nevada__

| UNITED STATES OF AMERICA | AMENDED JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | |
| FREDERICK VERNON WILLIAMS | Case Number: 2:12-CR-463 JCM (VCF) |
| | USM Number: 47448-048 |
| Date of Original Judgment: 7/21/2016 | BRENDA WEKSLER, AFPD |
| (Or Date of Last Amended Judgment) | Defendant's Attorney |

**Reason for Amendment:**

☐ Correction of Sentence on Remand (18 U.S.C. 3742(f)(1) and (2))   ☐ Modification of Supervision Conditions (18 U.S.C. §§ 3563(c) or 3583(e))

☐ Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b))   ☐ Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))

☐ Correction of Sentence by Sentencing Court (Fed. R. Crim. P. 35(a))   ☐ Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))

☑ Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

☐ Direct Motion to District Court Pursuant   ☐ 28 U.S.C. § 2255 or
   ☐ 18 U.S.C. § 3559(c)(7)

☐ Modification of Restitution Order (18 U.S.C. § 3664)

**THE DEFENDANT:**

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☑ was found guilty on count(s) 1, 2, 3, 4, 8-16, 19, 20, 22, 28, 29, 30, 32, 33 of the Third Superseding Indictment
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| * 18 USC§1542 | False Statement in Application for Passport | 9/21/2004 | 1 |
| * 18 USC§911 | False Citizenship Claim | 3/3/2009 | 2 |
| * 18 USC§1028A(a)(1) | Aggravated Identity Theft | 3/3/2009 | 3 |

The defendant is sentenced as provided in pages 2 through __1__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☑ Original indictment, superseding, second superseding indictment, along with remaining counts of the thrid superseding indictment are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

7/18/2016
Date of Imposition of Judgment

_/s/ James C. Mahan_
Signature of Judge

James C. Mahan,                    U.S. District Judge
Name and Title of Judge

9/9/2016
Date

Judgment—Page 2 of 8

DEFENDANT: FREDERICK VERNON WILLIAMS
CASE NUMBER: 2:12-cr-00463-JCM-VCF

## ADDITIONAL COUNTS OF CONVICTION

| | Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|---|
| | 18 USC§641, 18 USC2 | Theft of Government Money and Aiding and Abetting | 06/2012 | 4 |
| * | 18 USC§911 | False Citizen Claim | 4/21/2009 | 8 |
| | 18 USC§1349 | Conspiracy | 06/2012 | 9 |
| * | 18 USC§1341 | Mail Fraud | 5/24/2011 | 10 |
| * | 18 USC§1341 | Mail Fraud | 5/29/2011 | 11 |
| * | 18 USC§1341 | Mail Fraud | 5/30/2011 | 12 |
| * | 18 USC§1341 | Mail Fraud | 5/31/2011 | 13 |
| * | 18 USC§1341 | Mail Fraud | 6/01/2011 | 14 |
| * | 18 USC§1341 | Mail Fraud | 6/20/2011 | 15 |
| * | 18 USC§1341 | Mail Fraud | 7/08/2011 | 16 |
| * | 18 USC§1341 | Mail Fraud | 9/02/2010 | 19 |
| * | 18 USC§1341 | Mail Fraud | 9/13/2010 | 20 |
| * | 18 USC§1341 | Mail Fraud | 02/18/2011 | 22 |
| * | 18 USC§641, & 18 USC§2 | Theft of Government Money and Aiding and Abetting | 4/2013 | 28 |
| * | 18 USC§1028A(a)(1) | Aggrivated Identity Theft | 4/2013 | 29 |
| * | 18 USC§641 & 18 USC§2 | Theft of Government Money and Aiding and Abetting | 1/14/2010 | 30 |
| * | 18 USC§641 & 18 USC§2 | Theft of Government Money and Aiding and Abetting | 5/2013 | 32 |
| * | 18 USC§614 & 18 USC§2 | Theft of Government Money and Aiding and Abetting | 4/30/2013 | 33 |

AO 245B (Rev. 02/16) Amended Judgment in Criminal Case
    Sheet 2 — Imprisonment

Judgment — Page __3__ of __8__

DEFENDANT: FREDERICK VERNON WILLIAMS
CASE NUMBER: 2:12-cr-00463-JCM-VCF

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

Defendant is sentenced to a term of 63 months on counts 1, 4, 9 - 16, 19, 20, 22, 28, 30, 32 - 33. (36) months on counts 2 and 8 all to run concurrently, and 24 months on counts 3 and 29 to run consecutively, with a sentence imposed on all other counts which results in an aggregate sentence of 87 months.

☑ The court makes the following recommendations to the Bureau of Prisons:

Safford, Arizona

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
a _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B  (Rev. 02/16) Amended Judgment in a Criminal Case
    Sheet 3 — Supervised Release

Judgment—Page __4__ of __8__

DEFENDANT:  FREDERICK VERNON WILLIAMS
CASE NUMBER:  2:12-cr-00463-JCM-VCF

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :

Supervised release is imposed to for a term of 3 years on counts 1, 4, 9 - 16, 19, 20, 22, 28, 30, 32 - 33, all to run concurrently. 1 year on counts 2, 3, 8, and 29 to run concurrent for a total of 3 years.

   The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance.  The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court, not to exceed 104 tests annually. Revocation is mandatory for refusal to comply.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.  *(Check, if applicable.)*

☑ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.  *(Check, if applicable.)*

☑ The defendant shall cooperate in the collection of DNA as directed by the probation officer.  *(Check, if applicable.)*

☐ The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq*.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense.  *(Check, if applicable.)*

☐ The defendant shall participate in an approved program for domestic violence.  *(Check, if applicable.)*

   If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

   The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 02/1 Case 2:12-cr-00463-JCM-VCF   Document 885   Filed 09/09/16   Page 5 of 9
Sheet 3C —Amended Judgment Supervised Release

Judgment—Page 5 of 8

DEFENDANT: FREDERICK VERNON WILLIAMS
CASE NUMBER: 2:12-cr-00463-JCM-VCF

# SPECIAL CONDITIONS OF SUPERVISION

1. Debt Obligations - You shall be prohibited from incurring new credit charges, opening additional lines of credit, or negotiating or consummating any financial contracts without the approval of the probation officer.

2. Access to Financial Information - You shall provide the probation officer access to any requested financial information, including personal income tax returns, authorization for release of credit information, and any other business financial information in which you have a control or interest.

3. Deportation Compliance - If deported, you shall not reenter the United States without legal authorization.

4. Warrantless Search  - You shall submit your person, property, residence, place of business and vehicle under your control to a search, conducted by the United States probation officer or any authorized person under the immediate and personal supervision of the probation officer, at a reasonable time and in a reasonable manner, based upon reasonable suspicion  of contraband or evidence of a violation of a condition of supervision; failure to submit to a search may be grounds for revocation; the defendant shall inform any other residents that the premises may be subject to a search pursuant to this condition.

5. Computer Restriction and Monitoring - You shall provide the probation officer accurately informed of all computers and computer related digital devices or equipment with memory and/or wireless capabilities that he owns, uses, possesses or has access to. This includes, but is not limited to, desktop, laptop, and tablet computers, smart phones, cameras, digital readers, and thumb drives. You shall provide to the probation officer all device and program passwords and internet service provider information, upon request. You shall consent to the installation of any hardware or software systems on any computer or computer related digital device, to monitor the use of said equipment, at the direction of the probation officer; and you agree not to tamper with such hardware or software and not install or use any software programs designed to hide, alter, or delete your computer activities. Furthermore, you shall consent to the inspection, imaging, copying of data, or removal of any device to ensure compliance with conditions.

6. Possession of Weapons - You shall not possess, have under your control, or have access to any firearm, explosive device, or other dangerous weapons, as defined by federal, state, or local law.

7. True Name - You shall use your true name at all times and will be prohibited from the use of any aliases, false dates of birth, social security numbers, places of birth, and any other pertinent demographic information.

## ACKNOWLEDGEMENT

Upon finding of a violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me.  I fully understand the conditions and have been provided a copy of them.

(Signed)     _____          _____
                        Defendant                                                  Date


               _____          _____
            U.S. Probation/Designated Witness                        Date

DEFENDANT: FREDERICK VERNON WILLIAMS
CASE NUMBER: 2:12-cr-00463-JCM-VCF

## SPECIAL CONDITIONS OF SUPERVISION

8. Report to Probation Officer After Release from Custody - You shall report, in person, to the probation office in the district to which you are released within 72 hours of discharge from custody.

Note: A written statement of the conditions of release was provided to the defendant by the Probation Officer in open court at the time of sentencing.

## ACKNOWLEDGEMENT

Upon finding of a violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed)

_____    _____
Defendant                                              Date

_____    _____
U.S. Probation/Designated Witness                Date

AO 245B (Rev. 02/16) Amended Judgment in a Criminal Case
    Sheet 5 — Criminal Monetary Penalties

Judgment — Page  7  of  8

DEFENDANT: FREDERICK VERNON WILLIAMS
CASE NUMBER: 2:12-cr-00463-JCM-VCF

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| TOTALS | $ 2,100.00 | $ 0.00 | $ 297,738.00 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| College of Southern Nevada | | $10,900.00 | |
| Department of Employment, Training, and | | $218,708.00 | |
| Division of Welfare & Supportive Services | | $33,814.00 | |
| Social Security Administration | | $33,184.00 | |
| State of Nevada, | | $1,132.00 | |
|   Department of Health and Human Services, | | | |
|   Divison of Healthcare Financing and Policy | | | |
| | | | |
| | | | |
| **TOTALS** | $ 0.00 | $ 297,738.00 | |

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

    ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

U.S. vs. FREDERICK VERNON WILLIAMS
2:12-cr-00463- JCM-VCF
**Restitution List**

| | |
|---|---|
| College of Southern Nevada<br>Office of General Counsel<br>6375 W. Charleston Blvd (WCE 310)<br>Las Vegas, Nevada   89146 | $10,900.00 |
| Department of Employment, Training, and Rehabilitation<br>2800 E. St. Louis Avenue<br>Las Vegas, Nevada   89104 | $218,708.00 * |
| Division of Welfare & Supportive Services<br>Attention:   Accounting<br>1470 College Parkway<br>Carson City, Nevada   89706 | $33,814.00 |
| Social Security Administration<br>P.O. Box 2861<br>Philadelphia, Pennsylvania 19122 | $33,184.00 |
| State of Nevada, Department of Health and Human Services<br>Division of Healthcare Financing and Policy<br>Attn: M. Jensen, Acting Dir. (Medicaid Restitution)<br>1100 East William Street, Ste. 101<br>Carson City, Nevada   89701 | $1,132.00 |
| TOTAL: | $297,738.00 |

\*   Joint and Several with co-defendants Denise Allison Williams, Jacqueline Louisa Gentle, and Carolyn Shelmadine Willis-Casey, 2:12-cr-00463-JCM-VCF.

DEFENDANT: FREDERICK VERNON WILLIAMS
CASE NUMBER: 2:12-cr-00463-JCM-VCF

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☑ Lump sum payment of $ 2,100.00 due immediately, balance due

  ☐ not later than _____ , or
  ☐ in accordance  ☐ C, ☐ D, ☐ E, or ☑ F below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

**D** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☑ Special instructions regarding the payment of criminal monetary penalties:

  Restitution Re-Payment - You shall make restitution payments at a rate at no less than 10% of gross income subject to an adjustment by the probation officer based upon your ability to pay.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☑ Joint and Several

  Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

  Frederick Vernon Williams (1): Co-Defendants Jacqueline Louisa Gentle (3); Denise Allison Williams (4); Carolyn Shelmadine Willis-Casey (5), 2:12-cr-00463-JCM-VCF, Joint and Several Amount: $297,738.00.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.