UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:12-CR-463 JCM (VCF) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| FREDERICK VERNON WILLIAMS, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *USA v. Williams et al*, case number 2:12-cr-00463-JCM-VCF.

On July 19, 2018, defendant Frederick Williams filed a motion for return of property. (ECF No. 927). The government has not filed a response.

Briefing shall proceed as follows: the government has fourteen (14) days from the date of this order to file a response. Thereafter, defendant has seven (7) days to file a reply.

Accordingly,

IT IS HEREBY ORDERED that the government shall file a response to defendant's motion for return of property (ECF No. 927) no later than fourteen (14) days from the date of this order. Defendant shall file a reply within seven (7) days thereafter.

DATED November 1, 2018.

UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**