# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

UNITED STATES OF AMERICA,

Plaintiff(s),

v.

FREDERICK VERNON WILLIAMS, et al.,

Defendant(s).

Case No. 2:12-CR-463 JCM (VCF)

ORDER

Presently before the court is the matter of *USA v. Williams et al*, case no. 2:12-cr-00463-JCM-VCF.

Defendant Frederick Williams ("defendant") has filed a motion to extend time to file a reply to his motion for return of property. (ECF No. 930). *See* (ECF No. 927). Defendant has requested an additional fourteen (14) days to file his reply, to "permit undersigned counsel time to arrange a phone call with [defendant], who remains incarcerated . . . for possible resolution of this issue." (ECF No. 930 at 2).

The government does not oppose defendant's request. Accordingly, and good cause appearing, the court will grant defendant's motion to extend time. *See* LCR 47-3 ("The failure of an opposing party to include points and authorities in response to any motion constitutes a consent to granting the motion.").

Defendant shall have fourteen (14) days from the date of this order to file his reply to his motion for return of property.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS ORDERED THAT defendant's motion for extension of time (ECF No. 930) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED THAT defendant shall have fourteen (14) days from the date of this order to file his reply to the underlying motion for return of property.

IT IS SO ORDERED.

DATED May 28, 2019.

                                                              _____
UNITED STATES DISTRICT JUDGE