UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:12-CR-463 JCM (VCF) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| FREDERICK VERNON WILLIAMS, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *USA v. Williams et al*, case no. 2:12-cr-00463-JCM-VCF.

In light of the parties' representations that defendant Frederick Vernon Williams' ("defendant") motion for return of property (ECF No. 927) has been resolved amongst themselves, defendant's motion is denied as moot. *See* (ECF Nos. 929, 949).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion for return of property (ECF No. 927) be, and the same hereby is, DENIED as moot.

IT IS SO ORDERED.

DATED August 5, 2019.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**