UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:12-CR-463 JCM (VCF) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| FREDERICK VERNON WILLIAMS, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *USA v. Williams et al*, case no. 2:12-cr-00463-JCM-VCF.

Defendant Frederick Williams ("defendant") has filed two motions to file documents under seal pursuant to Federal Rule of Criminal Procedure ("FRCrP") 49.1 and LR IA 10-5. (ECF No. 926, 932). *See* Fed. R. Crim. P. 49.1; LR IA 10-5.

FRCrP 49.1 provides that court filings containing minor children's names must be either redacted to exclude the minors' names or filed under seal. *See* Fed. R. Crim. P. 49.1(a), (d). Defendant submits that his motion for return of property (ECF No. 927) and reply thereto (ECF No. 931) should be sealed to protect the names of his minor children. (ECF Nos. 926, 932).

The court has reviewed defendant's motion and corresponding reply and finds that these documents do contain the names of minor children. Accordingly, pursuant to FRCrP 49.1, defendant's motions are granted.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motions for leave to file documents under seal (ECF No. 926, 932) be, and the same hereby are, GRANTED.

**James C. Mahan**
**U.S. District Judge**

1     IT IS FURTHER ORDERED that defendant's motion for return of property (ECF No. 927) and reply thereto (ECF No. 931) shall remain under seal.

    IT IS SO ORDERED.

    DATED August 8, 2019.

_____
UNITED STATES DISTRICT JUDGE