UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br>  v.<br>FREDERICK VERNON WILLIAMS, *et al*.,<br><br>         Defendants. | Case No. 2:12-cr-00463-JCM-CWH<br><br>ORDER |

Presently before the court is the matter of *United States of America v. Williams*, case no. 2:12-cr-00463-JCM-VCF.

On October 25, 2019, this court set a briefing schedule for petitioner Frederick Vernon Williams's ("petitioner") § 2255 motion. (ECF No. 971). The United States of America ("the government") was ordered to file a response to petitioner's motion within 21 days. *Id.*

The government's attorney, Nancy M. Olson, moves the court to extend the government's time to respond by an additional 21 days. (ECF No. 974). Ms. Olson represents to the court that she has numerous other deadlines—including two oral arguments before the Ninth Circuit Court of Appeals just days before the current response deadline—that preclude her from timely filing a response in the instant action. *Id.*

Because the court finds that the government has demonstrated good cause, the court will grant its motion to extend time.

Accordingly,

IT IS ORDERED THAT the government's motion to extend time (ECF No. 974) be, and the same hereby is, GRANTED.

1     IT IS FURTHER ORDERED THAT the government shall files its response to petitioner's motion on or before December 6, 2019.

    IT IS SO ORDERED.

    DATED THIS 29th day of October 2019.

*/s/ James C. Mahan*
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE