# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

FREDERICK VERNON WILLIAMS,

Petitioner,

v.

UNITED STATES OF AMERICA

Respondent.

JUDGMENT

Case Number: 2:19-CV-01408-JCM

(Related case: 2:12-CR-463 JCM (VCF) )

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Petitioner's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence is DENIED.

| 6/5/20 | DEBRA K. KEMPI |
|---|---|
| Date | Clerk |
| | /s/ A. Reyes |
| | Deputy Clerk |